884 F.2d 1383
 Holt (John)
v.
U.S., Holt Hauling & Warehousing System, Inc., Holt Marine
Terminal, Zenith Godley Co., Inc., Kellers Creamery,
Friendship Dairies, Inc., Bon Ton Foods, Inc., Dairy Sales
Corp., Dairylea Coop., Inc., Blossom Farm Products, Steuben
Foods, O-At-Ka Milk Products Coop., Inc., Land O Lakes, Inc.
 NO. 89-5122
 United States Court of Appeals,
Third Circuit.
 AUG 10, 1989
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.